IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00960-MSK-MJW

WELLS FARGO CREDIT, INC.,

Plaintiff(s),

v.

RANDOLPH V. PETERSON,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Amend Complaint, (DN 9), filed with the Court on July 10, 2007, is GRANTED.

FURTHER, It is ORDERED, that the Plaintiff's Unopposed Motion to: (1) Correct the Form of the Unopposed Motion to Amend Complaint, Amended Complaint, (Proposed) Order Granting Unopposed Motion to Amend Complaint and D.C.COLO.LCivR 7.4 Disclosure Statement, and (2) Supplement Amended Complaint (docket no. 12) is GRANTED finding no objection by Defendant and is accepted for filing as of the date of this order.

FURTHER it is ORDERED, that Plaintiff's Unopposed Motion for Stipulated Protective Order (docket no. 10) is DENIED WITHOUT PREJUDICE.  Plaintiff has failed to file the proposed Stipulated Protective Order for the court's review along with this subject motion.

Date: August 22, 2007