IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00960-MSK-MJW

WELLS FARGO CREDIT, INC.,

Plaintiff(s),

v.

RANDOLPH V. PETERSON,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion for Stipulated
Protective Order (docket no. 24) is GRANTED.  The written Stipulated Protective Order
is APPROVED as amended in paragraphs 4 and 7 and made an Order of Court.

It is FURTHER ORDERED that Plaintiff shall use the proper case number in all
future pleadings and/or motions.  The correct case number is **07-CV-00960-MSK-MJW**
and not 07-CV-00960-MSK.

Date:  August 28, 2007