IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00960-MSK-MJW

WELLS FARGO CREDIT, INC.,

    Plaintiff,

v.

RANDOLPH V. PETERSON,

    Defendant.
_____

## ORDER VACATING HEARING
_____

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed and considered the parties' cross-motions for summary judgment, the Court has concluded that no trial will be necessary in this action. Accordingly, no useful purpose would be served by conducting the Pretrial Conference set for today, May 29, 2008. Thus, the hearing set for May 29, 2008 is **VACATED**. The parties can anticipate a written opinion on the motions for summary judgment within approximately 14 days.

    Dated this 29th day of May, 2008

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge