IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00960-MSK-MJW

WELLS FARGO CREDIT, INC.,

    Plaintiff,

v.

RANDOLPH V. PETERSON,

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION FOR APPROVAL AND ENTRY OF THE STIPULATION AND SETTLEMENT AGREEMENT**
_____

THIS MATTER comes before the Court on the Stipulated Motion for Approval and Entry of the Stipulation and Settlement Agreement as an Order of the Court (Stipulated Motion) **(#52)** filed by the parties on June 27, 2008. Having reviewed the same,

**IT IS ORDERED** that the Stipulated Motion is **GRANTED**. The Clerk is directed to close this case.

DATED this 7th day of August, 2008.

                              **BY THE COURT:**

                              _____

                              Marcia S. Krieger
                              United States District Judge