IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00960-MSK-MJW

WELLS FARGO CREDIT, INC.,

    Plaintiff,

v.

RANDOLPH V. PETERSON,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss, With Prejudice **(#56)** filed December 22, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.

DATED this 29th day of December, 2008.

                              BY THE COURT:

                              Marcia S. Krieger
                              United States District Judge